UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2017 JAN -1 PM 1:20
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

IN RE: ) CHAPTER 7
ROBOTIC VISION SYSTEMS, INC. ) Case No. 04-14151 JMD
AUTO IMAGE ID, INC. )
)
DEBTOR(S) )
)

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

NOW COMES Steven Notinger, ("Trustee") to report pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure that the following funds were not claimed:

1. The Trustee was granted an Order to Disburse funds to the creditors on February 11, 2016. The Trustee disbursed funds accordingly and the creditors below have not cashed their checks.

2. The Trustee has voided or stopped payment on the checks payable to the creditors described below and has submitted a check make payable to the Clerk of Court in the amount of $14,990.01.

1. The following dividends are being paid over to the Clerk of the Court as unclaimed dividends pursuant to FRBP 3011 and/or small dividends as directed by FRBP 3010(a):

| **Claimant** | **Amount of Dividend** |
|---|---|
| Lombardi, Diane<br>116 Dorchester Road<br>Lake Ronkonkoma, NY 11779 | $197.41 |
| DAVID RAMOS<br>98 UNIVERSTIY HEIGHT<br>STONEY BROOK, NY 11790 | $3,070.74 |
| IRENE LEDOUX<br>73 HIGH PINE AVE #3<br>NASHUA, NH 03063 | $417.83 |
| ANGLO-FRENCH TRAVEL PTE LTD<br>300 Beach Road #28-01<br>The Concourse<br>Singapore, 19955-5 | $5,356.89 |

CC: KAM 1/3/17

| | |
|---|---|
| THOMAS SMITH<br>1041 EAST RUDASILL R<br>TUSCON, AZ 85718 | $3,070.74 |
| DAVID BRIAN JENNINGS<br>11 KESSLER FARM DRIVE #239<br>NASHUA, NH 03063 | $600.36 |
| R. R. Donnelley<br>3075 Highland Parkway, 5441<br>Downers Grove, IL 60515 | $1,646.00 |
| Joseph Haskell<br>444 Boynton Street<br>Bedford, NH 03110 | $630.04 |
| **Total Paid to Registry Fund:** | **$14,990.01** |

Date: December 28, 2016

_____, Trustee
Steven M. Notinger
Notinger Law, P.L.L.C.
Address: 7A Taggart Drive
Nashua, NH 03060
Telephone: (603) 417-2158